## VIOLA FAE MOLIN AND ANOTHER v. TYSON TRUCK LINE, INC., AND ANOTHER.

239 N. W. 2d 461.

February 13, 1976—No. 45097.

Norton, Jergens, Hebert & Cass and W. E. Jepsen, for appellants.
Meagher, Geer, Markham, Anderson, Adamson, Flaskamp & Brennan, O. C. Adamson II, and R. D. Blanchard, for respondents.

PER CURIAM.

Plaintiffs seek damages for injuries which they claim Viola Fae Molin sustained when her car was struck from the rear by a truck driven by defendant Donald L. Koonce, an employee of defendant

Tyson Truck Line, Inc. The collision caused a slight dent in the rear of plaintiffs' car, which could be repaired for $36. Defendants admitted liability for any damages which may have been caused by the accident. The jury rendered a verdict for plaintiffs awarding Mr. Molin the sum of $175 and awarding no damages to Mrs. Molin. Plaintiffs contend on this appeal that the verdict denying damages to Mrs. Molin was inadequate.

A review of the record reveals that the case was carefully tried over a period of 4 days, during which the jury heard testimony from eight doctors. It is clear from the evidence that the question of damages sustained by Mrs. Molin, if any, was a question of fact to be determined by the jury. That fact issue was decided by the jury; and since its verdict is supported by the evidence, we have no alternative but to affirm.

Affirmed.